# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 14-08705-DMG (DFM) | Date: | October 1, 2021 |
|---|---|---|---|
| Title | Miguel Angel Suarez v. Clark Ducart | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Petitioner: | | Attorney(s) for Respondent: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On April 19, 2021, the Court ordered Petitioner to file a status report within ninety (90) days informing the Court of the status of Petitioner's exhaustion efforts. See Dkt. 56. That time has now long elapsed.

Accordingly, Petitioner is ordered to show cause within **twenty-one (21) days** why the Court should not dismiss this action for failure to prosecute. Failure to respond to this order may result in a dismissal of this action. The filing of a status report responsive to the Court's April 19, 2021 order is sufficient to discharge this order.