# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 14-8705-DMG (DFM) | Date: | July 21, 2022 |
|---|---|---|---|
| Title | Miguel Angel Suarez v. Clark Ducart | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Petitioner | | Attorney(s) for Respondent: |
| Not Present | | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

In 2014, Petitioner Miguel Angel Suarez filed a Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254. Dkt. 1 ("Petition"). In 2017, due to legal developments in the state courts that might have impacted the outcome of this action, the Court granted Petitioner's motion for a stay. See Dkt. 55.

In April 2021, the Court ordered Petitioner to file and serve a status report keeping the Court informed of the status of Petitioner's exhaustion efforts within ninety (90) days and once every ninety (90) days thereafter. See Dkt. 56.

In October 2021, Petitioner filed a status report notifying the Court that he had belatedly received the April 2021 order and was still in the process of exhausting his state-court remedies. See Dkt. 58 at 1. However, the Court has not received any subsequent status report. This constitutes a continuing violation of the Court's April 2021 order to file and serve a status report keeping the Court informed of his exhaustion efforts "once every ninety (90) days" after filing the first status report. Dkt. 56.

Accordingly, Petitioner is ordered to show cause within **twenty-one (21) days** why the Court should not dismiss this action for failure to prosecute. Failure to respond to this order may result in a dismissal of this action. The filing of a status report responsive to the Court's April 2021 order is sufficient to discharge this order. **The filing of a status report once every ninety (90) days thereafter is necessary to remain in compliance with the Court's April 2021 order.**