# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 14-8705-DMG (DFM) | Date: | August 25, 2022 |
|---|---|---|---|
| Title | Miguel Angel Suarez v. Clark Ducart | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Petitioner | Attorney(s) for Respondent: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On August 5, 2022, Petitioner Miguel Angel Suarez filed a status report notifying the Court that "on June 28, 2022, the Los Angeles County Superior Court vacated the state court judgment that had been challenged by the habeas petition in this action." Dkt. 60 at 1. The report does not indicate, however, whether he intends to seek any further relief in this action or whether any basis for continued jurisdiction exists.

**Accordingly, Petitioner is ordered to show cause within twenty-one (21) days why the Court should not dismiss this action for lack of jurisdiction. Alternatively, Petitioner may discharge this order by filing a notice of dismissal.** A form notice of dismissal is available on the Court's website.